1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**SEALED FILED**
SEP 0 7 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
11 IN THE MATTER OF THE APPLICATION          CASE NO: 2:18-SW-0754 KJN
   OF THE UNITED STATES OF AMERICA
12 FOR SEARCH WARRANT CONCERNING:            [PROPOSED] ORDER TO SEAL SEARCH
                                             WARRANT AND SEARCH WARRANT
13 Black Chevrolet Camero with California    AFFIDAVIT
   license plate number 7BHS764 – parked
14 inside the garage at 15 Rio Camino Court,
   Sacramento, California

15

16     Upon application of the United States of America and good cause having been shown,

17     IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, sealed.

18 Dated: 9/7/2018                           _____
19                                           The Honorable Carolyn K. Delaney
                                             UNITED STATES MAGISTRATE JUDGE
20

[PROPOSED] ORDER TO SEAL SEARCH WARRANTS