1  McGREGOR W. SCOTT
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA 11 FOR SEARCH WARRANTS CONCERNING: | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
| 12 15 Rio Camino Court, Sacramento, California | 2:18-SW-0739 KJN |
| 13 3650 18TH Avenue, Sacramento, California | 2:18-SW-0740 KJN |
| 14 Black Chevrolet Camero with California license plate number 7BHS764 – parked inside the 15 garage at 15 Rio Camino Court, Sacramento, California 16 | 2:18-SW-0754 KJN |
| 17 Black Honda Accord with California license plate number 7WIS325 – parked in the 18 driveway of 15 Rio Camino Court, Sacramento, California 19 | 2:18-SW-0755 KJN |
| 20 White GMC Yukon with California license plate number 7ZPY065 – parked in the 21 driveway of 15 Rio Camino Court, Sacramento, California 22 | 2:18-SW-0756 KJN |
| 23 Black BMW with California license plate number 8DGU746-- parked partially in the 24 driveway of 15 Rio Camino Court, Sacramento, California 25 | 2:18-SW-0757 KJN |
| 26 Samsung Galaxy Note 8 with IMEI #358503081705528, CURRENTLY LOCATED 27 AT 2001 Freedom Way, Roseville, California | 2:18-SW-0779 CKD |

28

FILED
SEP 21 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| 1 | 14 Electronic Devices seized from the residence | 2:18-SW-0780 CKD |
| - | 15 Rio Camino Court, Sacramento, CA | |
| 2 | pursuant to 2:18-SW-739 KJN, currently | |
| | located 2001 Freedom Way, Roseville, CA | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 9/21/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE